# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D2024-2767
_____

ROBIN CORNELISON,

Appellant,

v.

ENTERPRISE LEASING COMPANY
SOUTH CENTRAL, LLC D/B/A
ENTERPRISE CAR SALES,

Appellee.

_____

On appeal from the Circuit Court for Escambia County.
Amy P. Brodersen, Judge.

April 30, 2026

PER CURIAM.

AFFIRMED.

ROBERTS, WINOKUR, and NORDBY, JJ., concur.

_____

***Not final until disposition of any timely and
authorized motion under Fla. R. App. P. 9.330 or
9.331.***

_____

Brian J. Lee of Morgan & Morgan, Jacksonville, for Appellant.

Katlin C. Cravatta of Foley & Lardner LLP, Orlando, and Caroline Dunkle Royce of Foley & Lardner LLP, Tampa, for Appellee.